IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-02201-DDD-STV

WAYAKON PHUENGNGERN,
SPORT IMPORT COMPANY LIMITED

    Plaintiffs,

v.

MEDITECH HUMAN PHARMACEUTICALS PRIVATE LIMITED,

    Defendant.

## PLAINTIFFS' NOTICE AND MOTION FOR DEFAULT JUDGMENT

    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Plaintiffs Wayakon Phuengngern and Sport Import Company Limited, by and through undersigned counsel, hereby respectfully requests an order (and the entry of judgment) granting its Motion for Default Judgment against Defendant Meditech Human Pharmaceuticals Private Limited regarding Claims 1 and 4 of the First Amended Complaint, pursuant to Rule 55 of the Federal Rules of Civil Procedure. (ECF 14.)

    The motion is brought at the Court's invitation, which is based upon Defendant's failure to secure new counsel in the instant case after its initial counsel successfully moved to withdraw. (ECF 45.)

1

Plaintiff seeks a judgment including the following:

1. Judgment by default in favor of Plaintiff on Claims 1 and 4; and

2. Judgment by default against Defendant on Claims 1 and 4; and

3. Declaration that Plaintiffs' registration and use of the meditechpharmaceutical.net domain was and is lawful, and the decision in UDRP Claim No. FA2307002054491UDRP is incorrect and contrary to law; and

4. Order that the registrar of the meditechpharmaceutical.net domain name shall *not* transfer the domain to Defendant, but instead must release its current "lock" on the domain name so that Plaintiff may enjoy its full use; and

5. Order that Defendant, its agents, assignees, the registrar for the meditechpharmaceutical.com domain, the registry for the meditechpharmaceutical.com domain, and all other persons with actual notice of this order, must transfer the meditechpharmaceutical.com domain to Plaintiff Sport Import within 14 days, directly and at Defendant's own cost; and

6. Order prohibiting Defendant its agents, assignees and all other persons with actual notice of this order, from using or maintaining the meditechpharmaceutical.com domain.

This motion is based on the Memorandum of Points and Authorities in Support of the Motion and exhibits thereto, the Declaration of Howard Wisnia and exhibits thereto, the First Amended Complaint (ECF 14), the records and filings in this case, all matters of which the Court may take judicial notice, and such other testimony or evidence as may be presented prior to or during a hearing on this motion.

DATED:  March 29, 2024                             Respectfully submitted,


/s/*Howard N. Wisnia*
Howard N. Wisnia
WISNIA PC
12636 High Bluff Dr., Suite 400
San Diego, CA  92130
858.461.0989
Howard@wisnialaw.com
*Attorney for Plaintiffs*


I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

3

## CERTIFICATE OF SERVICE

The undersigned certifies that on the date noted below a true and correct copy of the foregoing document was electronically filed with the Court's ECF system and served on all counsel of record who are deemed to have consented to electronic service.

DATED:  March 29, 2024

                          Respectfully submitted,

                          /s/*Howard N. Wisnia*
                          Howard N. Wisnia
                          WISNIA PC
                          12636 High Bluff Dr., Suite 400
                          San Diego, CA  92130
                          858.461.0989
                          Howard@wisnialaw.com
                          *Attorney for Plaintiffs*